UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

CAROL A. RIEHLE, )
)
        Plaintiff, )
) NO.  CV-06-093-CI
        v. )
) **JUDGMENT IN A**
JO ANNE B. BARNHART, ) **CIVIL CASE**
Commissioner of Social Security, )
)
        Defendant. )
_____)

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED this 6th day of November, 2006.

                              JAMES R. LARSEN
                              District Court Executive/Clerk

                              s/ L. Stejskal
                              Deputy Clerk